UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PANOCHE WATER DISTRICT, DOES 1-20,<br><br>　　　　Defendants. | **Case No. 1:20-cv-00143-DAD-EPG**<br><br>**STIPULATION TO CONTINUE PRETRIAL SCHEDULE; ORDER**<br><br>Dept: #10, 6th Floor<br>Judge: HON. ERICA P. GROSJEAN |

　　　This Stipulation is entered into by and among Plaintiffs and Defendant, by and through their respective counsel, to continue the pretrial schedule in this matter following the parties settlement discussions. The continuance is requested due to the fact that the parties have been engaged in settlement discussions, and are hereby requesting a Settlement Conference being ordered by the Court to allow the parties to continue efforts to settle the matter. Both parties have made settlement demands and the parties believe that a Settlement Conference would be beneficial in advancing the prospects of such resolution to the matter. In addition, the parties have refrained from engaging in expensive portions of discovery to keep costs low to facilitate a possible settlement.

　　　This continuance of dates will not impact the trial date in this matter, as one has not been set by the court, as of this date.

The parties have agreed to the following new pretrial schedule:

- Fact Discovery: Non-expert Discovery Cutoff: 4/1/21
- Expert Disclosure: 5/1/21
- Rebuttal Expert Disclosure: 5/31/21
- Expert Discovery Cutoff: 6/30/21
- Dispositive Motion Filing Deadline: 8/14/21
- Pretrial Conference: 11/22/21

Good cause exists for the requested continuance of the pretrial schedule because there has been recent settlement discussions which the parties believe may lead to settlement of the matter.

**IT IS SO STIPULATED.**

Dated: January 20, 2021                                      SEVILLE BRIGGS, LLP

                                                             By: __/s/ Michael Seville_____
                                                             Michael Seville
                                                             Attorney for Plaintiff
                                                             Jeffrey Moore

Dated: January 20, 2021                                      JACOBSON MARKHAM, LLP

                                                             By: __/s/ Joseph Urbanic_____
                                                             Joseph Urbanic
                                                             Attorney for Defendant
                                                             Panoche Water District

**ORDER**

The parties filed a stipulation (ECF No. 12) to modify the scheduling order (ECF No. 9) on January 20, 2021. The Court will grant the stipulated request other than with respect to the pretrial conference, which the Court continues to accommodate the requested revision to the dispositive motion filing deadline. Accordingly, IT IS HEREBY ORDERED that the pretrial schedule is modified as follows:

| Event / Deadline | Previous Date | Revised Date |
| --- | --- | --- |
| Nonexpert Discovery Cutoff | January 29, 2021 | April 1, 2021 |
| Expert Disclosures | March 1, 2021 | May 1, 2021 |
| Rebuttal Expert Disclosures | March 31, 2021 | May 31, 2021 |
| Expert Discovery Cutoff | April 30, 2021 | June 30, 2021 |
| Dispositive Motion Filing Deadline | June 14, 2021 | August 14, 2021 |
| Pretrial Conference | November 22, 2021 | January 25, 2022 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **January 20, 2021**                /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE

3