# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PANOCHE WATER DISTRICT.,<br><br>　　　　Defendant. | Case No. 1:20-cv-00143-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 17) |

Plaintiff Jeffrey Moore and Defendant Panoche Water District have filed a stipulation to dismiss the entire action with prejudice and for the Court to retain jurisdiction over this matter solely to enforce the settlement agreement. (ECF No. 17). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Court retains jurisdiction over this matter for the sole purpose of enforcing the terms of the settlement agreement. Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **April 30, 2021**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE